DUPLICATE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, </br> a Delaware Corporation, and </br> THIRD DUNKIN' DONUTS REALTY, INC., </br> a Massachusetts Corporation, </br> </br> Plaintiffs, </br> </br> vs. </br> </br> BASHIR, INC., </br> a Maryland Corporation, </br> M.D.T. INC. </br> a Maryland Corporation, </br> TRD, INC., </br> a Maryland Corporation, </br> SKH, INC., </br> a Maryland Corporation, </br> TBD, INC., </br> a Maryland Corporation, </br> TARIQ BASHIR, </br> M. TUFAIL CHOUDHRY, </br> MOHAMMAD AHMAD, and </br> IQBAL L. SAYYED, </br> </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> Case No. MJG 01 CV 85 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

Upon consideration of Plaintiff Dunkin' Donuts Incorporated's ("Dunkin's") Motion for a Preliminary Injunction, *the absence of any* Defendants' opposition thereto, and the record herein; it is by the Court, this _1st_ day of _February_, 2001,

ORDERED, that Plaintiff's Motion for a Preliminary Injunction be, and the same hereby is GRANTED; and it is

FURTHER ORDERED, that Defendants Bashir, Inc., and Tariq Bashir cease violating at the Eastern Boulevard Shop Dunkin's standards for health, sanitation, and safety as identified on the Critical Food Safety and Sanitation Inspection form dated December 13, 2000 (attached to Plaintiff Dunkin' Donuts Incorporated's Memorandum in Support of Its Motion for a Preliminary Injunction as Exhibit 2.A and incorporated herein by reference), within five (5) days of the date of this Order; and it is

FURTHER ORDERED, that Defendant Bashir, Inc., cease violating at the E. 30th Street Shop Dunkin's standards for health, sanitation, and safety as identified on the Critical Food Safety and Sanitation Inspection form dated December 13, 2000 (attached to Plaintiff Dunkin' Donuts Incorporated's Memorandum in Support of Its Motion for a Preliminary Injunction as Exhibit 2.C and incorporated herein by reference), within five (5) days of the date of this Order; and it is

FURTHER ORDERED, that Defendant M.D.T. Inc. cease violating at the Sisson Street Shop Dunkin's standards for health, sanitation, and safety as identified on the Critical Food Safety and Sanitation Inspection form dated December 13, 2000 (attached to Plaintiff Dunkin' Donuts Incorporated's Memorandum in Support of Its Motion for a Preliminary Injunction as Exhibit 2.E and incorporated herein by reference), within five (5) days of the date of this Order; and it is

FURTHER ORDERED, that Defendants TBD, Inc., Tariq Bashir, M. Tufail Choudhry, and Mohammad Ahmad cease violating at the Wilkens Avenue Shop Dunkin's standards for health, sanitation, and safety as identified on the Critical Food Safety and Sanitation Inspection form dated

December 13, 2000 (attached to Plaintiff Dunkin' Donuts Incorporated's Memorandum in Support of Its Motion for a Preliminary Injunction as Exhibit 2.G and incorporated herein by reference), within five (5) days of the date of this Order.

_____
United States District Judge