IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DUNKIN' DONUTS INCORPORATED, et al., )
)
Plaintiffs, )
)
vs. ) Case No. MJG 01 CV 0085
)
BASHIR, INC., et al., )
)
Defendants. )

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Dunkin' Donuts Incorporated, Third Dunkin' Donuts Realty, Inc., and Baskin-Robbins USA, Co. hereby give notice of the dismissal of this action without prejudice.

Respectfully submitted,

for Robert L. Zisk (D. MD Bar No. 07147)
David E. Worthen
Roland B. Ninomiya
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
Phone: (202) 333-8800
Facsimile: (202) 337-6065

Dated: August 9, 2001      Attorneys for Plaintiffs

Approved this 10th day of August, 2001

Marvin J. Garbis
United States District Judge